UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 20-CR-02501-LAB |
|---|---|---|
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT |
| v. | ) ) | |
| ERNESTO SALAS-MORALES, | ) ) | |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  10/20/2020

_____
HONORABLE LARRY ALAN BURNS
Chief United States District Court Judge
United States District Court for the
Southern District of California