**FILED**
NOV - 6 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-02501-LAB |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT |
| v. | |
| ERNESTO SALAS-MORALES, | |
| Defendant. | |

88865298

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 10/20/2020

_Larry A. Burns_
HONORABLE LARRY ALAN BURNS
Chief United States District Court Judge
United States District Court for the
Southern District of California